**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JOHN M. GERA, | : | No. 109 MM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BOROUGH OF FRACKVILLE AND | : | |
| SCHUYLKILL COUNTY DISTRICT | : | |
| ATTORNEY'S OFFICE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of January, 2022, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

     Justice Brobson did not participate in the consideration or decision of this matter.